1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," <br><br> Defendant**.** | CIVIL ACTION NO. <br><br> COMPLAINT |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

Rights Act of 1991 to correct unlawful employment practices on the basis of sex (female) and

retaliation for engaging in protected EEO activity, and to provide appropriate relief to Charging

Parties Sofia Vera Rodriguez ("Vera") and Maria Cruz Contreras Ramirez ("Contreras") who

were adversely affected by such practices.  Plaintiff Equal Employment Opportunity

Commission ("Plaintiff" or "EEOC") alleges that Defendant GIPHX10, LLC d/b/a "Hawthorn

Suites by Wyndham" ("Defendant" or "Hawthorn Suites") at its Kent, Washington facility: (1)

subjected Charging Parties Vera and Contreras to unlawful harassment, including a hostile work

environment, based on their sex; (2) constructively discharged Vera; and (3) unlawfully

**COMPLAINT- Page 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

retaliated against Contreras when she complained about the sexual harassment to management. Plaintiff seeks monetary and injunctive relief for Vera and Contreras, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay and prejudgment interest.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4.      At all relevant times, Defendant GIPHX10, LLC d/b/a "Hawthorn Suites" has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

**COMPLAINT- Page 2**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

ADMINISTRATIVE PROCEDURES

6.      More than thirty (30) days prior to the institution of this lawsuit, Charging Party: (a) Vera filed Charge No. 551-2019-00680 with the EEOC alleging violations of Title VII by Hawthorn Suites; and (b) Contreras filed Charge No. 551-2019-00667 alleging violations of Title VII by Hawthorn Suites.  The EEOC investigated the charges filed by Vera and Contreras, and issued Defendant Letters of Determination on March 30, 2020 finding reasonable cause to believe Title VII was violated with regard to Vera and Contreras, and invited Defendant to explore informal methods of conciliation to eliminate the unlawful employment practices and to provide appropriate relief.  The EEOC then communicated with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the EEOC's Letters of Determination.  The EEOC was unable to secure an acceptable conciliation agreement because Defendant declined to participate in the conciliation process.  On June 25, 2020, the EEOC issued Notices of Failure of Conciliation to Defendant for each charge.  All conditions precedent to the institution of this lawsuit have been fulfilled.

STATEMENT OF CLAIMS

7.      Defendant had notice that Contreras (sex, female) was a monolingual Spanish speaker when she was interviewed in February 2018, and then employed her as a Housekeeper at the facility in Kent, Washington from February 2018 to date.

8.      Defendant had notice that Vera (sex, female) was a monolingual Spanish speaker when she was interviewed in March 2018, and then employed her as a Housekeeper at the facility in Kent, Washington from March 14, 2018 until July 15, 2018.

9.      Since at least April 1, 2018, Defendant has engaged in unlawful employment practices because of sex at the facility in Kent, Washington, in violation of Section 703(a) of

**COMPLAINT- Page 3**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Title VII, 42 U.S.C. § 2000(e)-(2)(a), when the maintenance manager/housekeeping manager (male) subjected Vera and Contreras to a hostile work environment based on their sex (female). Defendant's maintenance manager/housekeeping manager subjected Vera and Contreras to multiple instances of unwelcome physical contact, sometimes when each female was alone in a room cleaning, including grabbing each female from behind and groping her.  Defendant's maintenance manager/housekeeping manager also made numerous unwelcome comments of a sexual nature, including mocking Vera's protests that she did not want to be touched again by him, and telling Contreras that he was going to sexually assault her.

10.     Left with no reasonable alternative and fearing for her own physical safety because of the maintenance manager/housekeeping manager's harassment, Vera was constructively discharged on July 15, 2018.

11.     In October 2018, Contreras complained to her immediate supervisor about the verbal and physical sexual harassment that the maintenance manager/housekeeping manager had subjected her to, including his threats to sexually assault her.  Days later, Contreras met with Defendant's General Manager (male) at the Kent facility along with a co-worker who spoke both English and Spanish to help translate her description of the sexual harassment that the maintenance manager/housekeeping manager had subjected her to leading up to that date.

12.     Defendant's General Manager conducted a cursory investigation of Contreras's sexual harassment complaint against the maintenance manager/housekeeping manager by asking the male maintenance manager/housekeeping manager whether he had sexually harassed Contreras, and the accused harasser denied doing so.

13.     Since at least October 2018, Defendant has engaged in unlawful employment practices in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a), when Defendant's

**COMPLAINT- Page 4**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

General Manager retaliated against Contreras by: (a) directing that the bilingual employee who helped translate at the meeting not assist Contreras again, which left her unable to complain about the maintenance manager/housekeeping manager to the General Manager; (b) threatening to call the police on Contreras if she brought her English-speaking son to the Kent facility where he could translate for her, and then also threatening to fire her if she did so; (c) directing Contreras's immediate supervisor to fire her for any mistake, which caused Contreras to work while she was sick because she feared losing her housekeeping job at the Kent facility; (d) directing Contreras's immediate supervisor to reduce her hours from five days a week to three days a week, when other housekeepers had their hours reduced from five days a week to four days a week; and (e) denying her a $0.50/hour raise that other housekeepers received.

14.     Defendant's General Manager did not discipline Defendant's maintenance manager/housekeeping manager, the accused harasser, in any way for his harassment of Vera or Contreras.

15.     The effect of the practices complained of in paragraphs 9-10 above has been to deprive Vera of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex (female).

16.     The effect of the practices complained of in paragraphs 9, and 11-14  above has been to deprive Contreras of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex (female).

17.     The effect of the practices complained of in paragraph 13 above has been to deprive Contreras of equal employment opportunities and otherwise adversely affect her status as an employee because of her engaging in protected EEO activity.

**COMPLAINT- Page 5**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

18.     The unlawful employment practices complained of in paragraphs 9-14 were and are intentional.

19.     The unlawful employment practices complained of in paragraphs 9-14 above were done with malice or with reckless indifference to the federally protected rights of Vera and Contreras.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to employees because of their sex (female) and/or in retaliation for engaging in protected EEO activity including complaining about sexual harassment, or participating in the investigation of a sexual harassment complaint.

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees because of their sex (female) and prohibit retaliation for engaging in protected EEO activity, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make whole Sofia Vera Rodriguez and Maria Cruz Contreras Ramirez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Defendant to make whole Sofia Vera Rodriguez and Maria Cruz Contreras Ramirez by providing compensation for past and future pecuniary losses resulting from the

**COMPLAINT- Page 6**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

unlawful employment practices described in paragraphs 9-14 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E.      Order Defendant to make whole Sofia Vera Rodriguez and Maria Cruz Contreras Ramirez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 9-14 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.      Order Defendant to pay Sofia Vera Rodriguez and Maria Cruz Contreras Ramirez punitive damages for its malicious and reckless conduct, as described in paragraphs 9-14 above in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

DATED this 17th day of September, 2020.

ROBERTA L. STEELE                        SHARON FAST GUSTAFSON
Regional Attorney                        General Counsel

JOHN F. STANLEY                          ROBERT A. CANINO
Supervisory Trial Attorney               Acting Deputy General Counsel

CARMEN FLORES                            GWENDOLYN Y. REAMS
Senior Trial Attorney                    Associate General Counsel


BY:    _/s/ Roberta L. Steele_____      BY: _/s/ John F. Stanley_____
Roberta L. Steele                        John F. Stanley
Regional Attorney                        Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY             EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                               COMMISSION
San Francisco District Office            Seattle Field Office
909 First Avenue, Suite 400              909 First Avenue, Suite 400
Seattle, WA  98104-1061                  Seattle, WA  98104-1061
Telephone (415) 522-3150                 Telephone (206) 220-6896
roberta.steele@eeoc.gov                  john.stanley@eeoc.gov


**COMPLAINT- Page 7**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

BY: */s/ Carmen Flores*

Carmen Flores
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3035
Facsimile (206) 220-6911
carmen.flores@eeoc.gov

Attorneys for Plaintiff EEOC

**COMPLAINT- Page 8**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 17th day of September, 2019

<u>*/s/ Rebecca Eaton*</u>
REBECCA EATON
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3028
Fax: 206-220-6911
Email: rebecca.eaton@eeoc.gov

**COMPLAINT- Page 9**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882