1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Plaintiff, and MARIA
CRUZ CONTRERAS and SOFIA VERA
RODRIGUEZ, Plaintiff-Intervenors,,

                Plaintiff,

     v.

GIPHX10 LLC, d/b/a HAWTHORN
SUITES BY WYNDHAM,

CASE NO. 2:20-cv-01369-RAJ-BAT

**ORDER AMENDING PRETRIAL
SCHEDULE**

This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. Dkt. 6. The Court has reviewed the parties' Amended Joint Status Report (Dkt. 17) and issues the following amended pretrial schedule:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **April 29, 2021** |
| Deadline for amending pleadings | **May 28, 2021** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **September 24, 2021** |
| All motions related to discovery must be noted for consideration no later than | **October 29, 2021** |
| Discovery to be completed by | **November 29, 2021** |

| Mediation per CR 39.1(c)(3) held no later than | **December 6, 2021** |
|---|---|
| All dispositive motions must be filed pursuant to CR 7(d) | **December 27, 2021** |
| All *Daubert* motions must be filed by (same as dispositive) | **December 27, 2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties.  The Court will alter these dates only upon good cause shown.  Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**TRIAL DATE**

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement or dispositive motion.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law.  On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawd.uscourts.gov.

**PRIVACY POLICY**

Under LCR 5.2(a), parties must redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety
* Financial Accounting Information – redact to the last four digits.

ORDER AMENDING PRETRIAL SCHEDULE
- 2

1    ∗   Passport Numbers and Driver License Numbers – redact in their entirety.

2                                    **SETTLEMENT**

3          The Court designates this case for mediation under CR 39.1(c) and the parties are

4    directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's

5    counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: <u>Andy_Quach@ wawd.</u>

6    <u>uscourts.gov</u>, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy

7    Clerk prompt notice of settlement may be subject to such discipline as the Court deems

8    appropriate.

9          DATED this 29th day of March, 2021.

10

11                                        _____

12                                        BRIAN A. TSUCHIDA
                                          Chief United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER AMENDING PRETRIAL SCHEDULE
- 3