UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>　　　　　　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>GIPHX10 LLC, d/b/a HAWTHORN SUITES BY WYNDHAM,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-cv-01369-RAJ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL DECLARATION** |

Pursuant to LCR5(g)(3), Plaintiff EEOC, Plaintiff-Intervenors Maria Cruz Contreras and Sofia Vera Rodriguez, and Defendant GIPHX10, LLC, d/b/a Hawthorne Suites by Wyndham, have stipulated that good cause exists for this Court to seal the unredacted Declaration of Sean M. Phelan In Support of Plaintiff-Intervenors' Motion to Join Jaffer Hospitality Group that was filed with this Court on April 29, 2021 (*see* Dkt. 20). Dkt. 25, 26, and 27.

**IT IS HEREBY ORDERED** that:

　　1.　　Good cause exists to file and maintain the Declaration of Sean M. Phelan in

ORDER GRANTING STIPULATED MOTION
TO SEAL DECLARATION - 1

Support of Plaintiff-Intervenors' Motion to Join Jaffer Group (Dkt. 20) under seal to correct the erroneous inclusion of exhibits with personal identifying information.

2. Pursuant to LR 5(g)(5), the Clerk of the Court is directed to file this Order to Seal; and seal the Declaration of Sean M. Phelan (Dkt. 20) in its entirety.

DATED this 11th day of May, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO SEAL DECLARATION - 2