UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>  Plaintiff-Intervenors,<br><br>v.<br><br>GIPHX10 LLC, d/b/a HAWTHORN SUITES BY WYNDHAM,<br><br>  Defendant. | CASE NO. 2:20-cv-01369-RAJ-BAT<br><br>**ORDER CLARIFYING DKT. 31** |

On June 3, 2021, the Court granted the motion of Plaintiff-Intervenors Maria Cruz Contreras and Sofia Vera Rodriguez to join Jaffer, Inc. as a necessary party pursuant to Fed. R. Civ. P. 19(a)(1). Dkt. 31. In further clarification of that Order, it is **ORDERED** that Plaintiff-Intervenors shall amend the Complaint in Intervention (Dkt. 14) to add Jaffer, Inc. to the caption and include factual allegations pertaining to Jaffer, Inc. Plaintiff-Intervenors shall then effectuate service of process of the amended intervenor complaint on Jaffer, Inc.

DATED this 10th day of June, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER CLARIFYING DKT. 31 - 1