Hon. Brian A. Tsuchida

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>   and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>          Plaintiff-Intervenors,<br><br>   vs.<br><br>GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," and JAFFER, INC.,<br><br>          Defendants. | Case No.: 2:20-cv-01369-RAJ-BAT<br><br>ORDER AMENDING PRETRIAL SCHEDULE |

THIS MATTER comes before the Court upon the Parties' Stipulated Motion Amending the Pretrial Schedule. This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. Dkt. 6. The Court has reviewed the stipulated motion to amend the pretrial schedule (Dkt. 44) and issues the following amended pretrial schedule:

| EVENT | DATE |
|---|---|
| Mediation per CR 39.1(c)(3) held no later than | April 28, 2022 |
| All dispositive motions must be filed pursuant to CR 7(d) | May 30, 2022 |
| All *Daubert* motions must be filed by (same as dispositive) | May 30, 2022 |

ORDER AMENDING PRETRIAL SCHEDULE

Page 1

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

## TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement or dispositive motions.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawa.uscourts.gov.

## PRIVACY POLICY

Under LCR 5.2(a), the parties must redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## SETTLEMENT

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR 11(b), an attorney who

ORDER AMENDING PRETRIAL SCHEDULE

Page 2

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670

fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

**SO ORDERED** this 16th day of February, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:
ROCKE | LAW Group, PLLC

*s/Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
Telephone: (206) 652-8670
Fax: (206) 452-5895
Email: aaron@rockelaw.com
Attorney for Defendants

*Agreed as to form; Notice of presentation waived by:*

*s/ Sean M. Phelan*
Sean M. Phelan, WSBA No. 27866
Ellicott Dandy, WSBA No. 57279
Attorney for Plaintiff-Intervenors
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
sphelan@frankfreed.com

*s/ Carmen Flores*
Carmen Flores
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 291-4639
carmen.flores@eeoc.gov

ORDER AMENDING PRETRIAL SCHEDULE

Page 3

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652 8670