THE HONORABLE BRIAN A. TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," and JAFFER, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>2:20−cv−01369−RAJ−BAT<br><br>ORDER AMENDING PRETRIAL SCHEDULE |

THIS MATTER comes before the Court upon the Parties' Stipulated Motion Amending the Pretrial Schedule. Dkt. 48. This case has been referred to the undersigned United States Magistrate Judge for all pretrial proceedings. Dkt. 6. The Court has reviewed the stipulated motion to amend the pretrial schedule and issues the following amended pretrial schedule:

| EVENT | DATE |
|---|---|
| Mediation per CR 39.1(c)(3) held no later than | May 31, 2022 |

ORDER AMENDING PRETRIAL SCHEDULE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

| | |
|---|---|
| All dispositive motions must be filed pursuant to CR 7(d) | **June 30, 2022** |
| All *Daubert* motions must be filed by (same as dispositive) | **June 30, 2022** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### TRIAL DATE

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement or dispositive motions.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to tsuchidaorders@wawa.uscourts.gov.

### PRIVACY POLICY

Under LCR 5.2(a), the parties must redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.

* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.

* Social Security or Taxpayer ID Numbers – redact in their entirety.

ORDER AMENDING PRETRIAL SCHEDULE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

\* Financial Accounting Information – redact to the last four digits.

\* Passport Numbers and Driver License Numbers – redact in their entirety.

## SETTLEMENT

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: Andy_Quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

SO ORDERED this 31st day of March, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

BY: /s/ Carmen Flores
Carmen Flores
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3035
Facsimile (206) 220-6196
carmen.flores@eeoc.gov

ORDER AMENDING PRETRIAL SCHEDULE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Agreed as to form; Notice of presentation waived by:

*s/ Sean M. Phelan*
Sean M. Phelan, WSBA No. 27866
Ellicott Dandy, WSBA No. 57279
Attorney for Plaintiff-Intervenors
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
sphelan@frankfreed.com

*s/Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
Telephone: (206) 652-8670
Fax: (206) 452-5895
Email: aaron@rockelaw.com

ORDER AMENDING PRETRIAL SCHEDULE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882