THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," and JAFFER, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:20−cv−01369−RAJ−BAT<br><br>PLAINTIFF EEOC JOINS IN PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE ORDER WITH RESPECT TO DISPOSITIVE MOTIONS DEADLINE |

Plaintiff EEOC hereby joins in Plaintiff-Intervenors' Opposition to Defendants' Motion to Modify Case Schedule Order with Respect to Dispositive Motions Deadline [Dkt # 51], filed on May 25, 2022.  For the reasons set forth in greater detail in Plaintiff-Intervenors' Opposition [Dkt #51] and the Declaration of Sean M. Phelan in support thereof [Dkt. #52], Defendants have not provided any evidence of good cause as required by Fed. R. Civ. P. 16(b) to modify the deadline for dispositive motions and this Court should deny Defendants' motion to Amend the Pretrial Order with respect to the deadline for dispositive motions and *Daubert* motions.  To be

PLAINTIFF EEOC JOINS IN PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE ORDER WITH RESPECT TO DISPOSITIVE MOTIONS DEADLINE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

clear, the EEOC agrees that this Court should grant the agreed motion to extend the mediation deadline to June 10, 2022.

Respectfully submitted this 25th day of May 2022.

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| DAMIEN A. LEE<br>Supervisory Trial Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

BY: */s/ Carmen Flores*
Carmen Flores
Senior Trial Attorney
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3035
Facsimile (206) 576-3035
carmen.flores@eeoc.gov

Attorneys for Plaintiff EEOC

PLAINTIFF EEOC JOINS IN PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE ORDER WITH RESPECT TO DISPOSITIVE MOTIONS DEADLINE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 25th day of May 2022

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3028
Fax: 206-220-6911
Email: rebecca.eaton@eeoc.gov

PLAINTIFF EEOC JOINS IN PLAINTIFF-INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY CASE SCHEDULE ORDER WITH RESPECT TO DISPOSITIVE MOTIONS DEADLINE
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882