UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                  Plaintiff,<br><br>  and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>                  Plaintiff-Intervenors,<br><br>    v.<br><br>GIPHX10 LLC, d/b/a HAWTHORN SUITES BY WYNDHAM, JAFFER, INC.,<br><br>                  Defendants. | CASE NO. 2:20-cv-01369-RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenors Maria Cruz Contreras and Sofia Vera Rodriguez (collectively "Plaintiffs") request leave to file an overlength opposition to Defendants' Motion for Summary Judgment. Dkt. 60. The Court finds good cause exists for the requested overlength brief because Plaintiffs will be filing a single joint brief rather than separate opposition briefs and an enlargement of the page limitation will allow Plaintiffs to fully address the legal issues, the factual background relevant to Plaintiff-Intervenors' claims, and nature of relief sought by Plaintiff EEOC.

ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE OVERLENGTH
OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 1

Accordingly, it is **ORDERED** that Plaintiffs' Motion for Leave to File Overlength Opposition to Defendants' Motion for Summary Judgment (Dkt. 60) is **GRANTED**; pursuant to LCR 7(f)(4), Defendants' reply brief shall not exceed one-half the total length of the brief filed in opposition.

DATED this 9th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge