THE HONORABLE BRIAN A. TSUCHIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>and,<br><br>MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," and JAFFER, INC.,<br><br>        Defendants. | CIVIL ACTION NO.<br>2:20−cv−01369−RAJ−BAT<br><br>ORDER GRANTING STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court upon Plaintiff Equal Employment Opportunity Commission's, Plaintiff-Intervenors Maria Cruz Contreras and Sofia Vera Rodriguez's, and Defendants GIPHX10, LLC and Jaffer, Inc.'s (jointly "Parties") Stipulated Motion to Renote Defendants' Motion for Summary Judgment (Dkt.54) for June 24, 2022 pursuant to L.C.R. 7(1). The Court has reviewed the Motion and all evidence submitted in support of the Motion, if any, the pleadings on file, and is fully informed.

ORDER GRANTING PARTIES' STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

IT IS HEREBY ORDERED THAT the Parties' Motion to Renote Defendants' Motion for Summary Judgement (Dkt. 54) to **June 24, 2022** with concomitant adjustments to the briefing schedule is **GRANTED**.

SO ORDERED this 13th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

BY: */s/ Carmen Flores*
Carmen Flores
Senior Trial Attorney
Equal Employment Opportunity Commission
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 576-3035
Facsimile (206) 220-6196
carmen.flores@eeoc.gov

Agreed as to form; Notice of presentation waived by:

*s/ Sean M. Phelan*
Sean M. Phelan, WSBA No. 27866
Ellicott Dandy, WSBA No. 57279
Attorney for Plaintiff-Intervenors
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
sphelan@frankfreed.com

Attorneys for Plaintiff-Intervenors

ORDER GRANTING PARTIES' STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

*s/ Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Attorney for Defendants
Rocke Law Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670
Fax: (206) 452-5895
aaron@rockelaw.com

Attorney for Defendants

ORDER GRANTING PARTIES' STIPULATED MOTION TO RENOTE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
EEOC et al v. GIPHX10, LLC d/b/a "Hawthorn Suites by Wyndham" et al
2:20−cv−01369−RAJ−BAT - Page 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882