THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> and, <br><br> MARIA CRUZ CONTRERAS and SOFIA VERA RODRIGUEZ, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> GIPHX10, LLC d/b/a "HAWTHORN SUITES BY WYNDHAM," and JAFFER, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:20−cv−01369−RAJ−BAT <br><br> ORDER APPROVING CONSENT DECREE |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees for Plaintiff EEOC and Defendants.

ORDER APPROVING CONSENT DECREE
EEOC et al v. GIPHX10, LLC, et al.
2:20−cv−01369−RAJ−BAT - Page 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 28th day of June, 2022.

*[Signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

ORDER APPROVING CONSENT DECREE
EEOC et al v. GIPHX10, LLC, et al.
2:20−cv−01369−RAJ−BAT - Page 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882